UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No: 16-10010-PBS |
| | ) | |
| JOHN TRAN, | ) | |
|          Defendant. | ) | |
| | ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

The United States of America, by and through William D. Weinreb, Acting United States Attorney for the District of Massachusetts, and David G. Tobin, Assistant United States Attorney, moves this Honorable Court to continue the sentencing in this matter from July 19, 2017, to August 11, 2017, or any date convenient with the Court. In support of this motion, the government avers that the continuance is necessitated by the undersigned's failure to provide an offense conduct submission to U.S. Probation until today, July 6, 2017. The undersigned mistakenly believed that he had provided U.S. Probation with an offense conduct submission and only learned today that he had not. Counsel for the Defendant assents to this motion (excludable delay pursuant to 18 U.S.C. §3161(h)(7)(A)). Counsel for the Defendant is unavailable August 14 through August 23, 2017.

                                                                   Respectfully submitted,

                                                                   WILLIAM D. WEINREB
                                                                   Acting United States Attorney

                                            By:    /s/ David G. Tobin
                                                       DAVID G. TOBIN
                                                        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/David G. Tobin
DAVID G. TOBIN

July 6, 2017